UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILLIAM NEAL III and CORDELIA NEAL,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CALIFORNIA CITY, et al.,<br><br>　　　　Defendants. | No.  1:14-CV-00269-AWI-JLT<br><br>**ORDER GRANTING STIPULATION TO VACATE SETTLEMENT CONFERENCE**<br><br>(Doc. 26) |

　　　Before the Court is the stipulation of the parties seeking to vacate the settlement conference. (Doc. 26) Counsel report that neither side is willing to offer a settlement on terms the opponent would accept. Id. at 2. Thus, the parties request the settlement conference be vacated. Id.

　　　Good cause appearing, the Court **VACATES** the settlement conference set on January 22, 2015. Should the parties agree in the future the matter is in a settlement posture, they may file a joint request for the Court to schedule a settlement conference.

IT IS SO ORDERED.

　　Dated:   **December 9, 2014**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE