**LAW OFFICES OF FERGUSON, PRAET & SHERMAN, APC**
BRUCE D. PRAET SBN 119430
bpraet@aol.com
ALLEN CHRISTIANSEN SBN 263651
achristiansen@law4cops.com
1631 E. 18th Street
Santa Ana, California 92705
(714) 953-5300   • Fax (714) 953-1143

Attorneys for Defendants
CITY OF CALIFORNIA CITY, CALIFORNIA CITY POLICE DEPARTMENT, CHRISTOPHER MORGAN, DETECTIVE BISHOP, SERGEANT HAYES, and JESSE HIGHTOWER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILLIAM NEAL III and CORDELIA NEAL,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA CITY, a public entity, CALIFORNIA CITY POLICE DEPARTMENT, an agency of the California City; CHRISTOPHER MORGAN, a public employee; DETECTIVE BISHOP, a public employee; SERGEANT HAYES, a public employee; JESSE HIGHTOWER, a public employee; Does 1-10,<br><br>Defendants. | No.   1:14-CV-00269-AWI-JLT<br><br>**STIPULATION AND ORDER TO DISMISS OF CALIFORNIA CITY POLICE DEPARTMENT AND ANY CLAIMS OF INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS BY PLAINTIFFS**<br><br>Pretrial Conf.   : 7/29/2015<br>Jury Trial         : 9/29/2015 |

**TO THE COURT AND ALL INTERESTED PARTIES:**

On October 14, 2014, via email, and again on January 22, 2015, in person, counsel for Plaintiffs, Greg Garrotto, and counsel for the named Defendants, Allen

1

Christiansen, met and conferred regarding a stipulation and order to dismiss certain parties and issues from this litigation.

On October 14, 2014, Plaintiffs' counsel, Greg Garrotto, agreed to dismiss the California City Police Department from this matter, having already named the City of California City.

Additional discussions were conducted regarding that fact that the caption page of Plaintiffs' complaint identifies a fourth cause of action for Intentional Infliction of Emotional Distress ("IIED") that is not alleged in the complaint itself. As such, on January 22, 2015, Plaintiffs' counsel, Greg Garrotto, also agreed to dismiss any claim for IIED.

Defendants agree that these matters should be dismissed to narrow the issues as this case progresses.

As such, GOOD CAUSE EXISTS for dismissal of the California City Police Department as a Defendant in this matter and for dismissal of any claim for Intentional Infliction of Emotional Distress.

Dated: January 22, 2015                                FERGUSON, PRAET & SHERMAN


By:    /s/ Allen Christiansen
       Allen Christiansen
       Attorneys for Defendants City of California City, California City Police Department, Christopher Morgan, Detective Bishop, Sergeant Hayes and Jesse Hightower

Dated: January 27, 2015                               GARROTTO & GARROTTO

                                By:    /s/ Greg Garrotto
                                       Greg Garrotto
                                       Attorneys for Plaintiffs

### ORDER

After consideration of the parties' joint stipulation to dismiss the California City Police Department as a Defendant and to dismiss any claim of Intentional Infliction of Emotional Distress by Plaintiffs and with GOOD CAUSE SHOWING, the court GRANTS the stipulation of the parties.

**IT IS HEREBY ORDERED:**

1. That California City Police Department is dismissed from this action with prejudice;
2. That any claim for Intentional Infliction of Emotional Distress by Plaintiffs is dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated:    January 28, 2015                     _____
                                                SENIOR   DISTRICT   JUDGE