**LAW OFFICES OF FERGUSON, PRAET & SHERMAN, APC**
BRUCE D. PRAET SBN 119430
bpraet@aol.com
ALLEN CHRISTIANSEN SBN 263651
achristiansen@law4cops.com
1631 E. 18th Street
Santa Ana, California 92705
(714) 953-5300 • Fax (714) 953-1143

Attorneys for Defendants
CITY OF CALIFORNIA CITY, CALIFORNIA CITY POLICE DEPARTMENT, CHRISTOPHER MORGAN, DETECTIVE BISHOP, SERGEANT HAYES, and JESSE HIGHTOWER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILLIAM NEAL III and CORDELIA NEAL,<br><br>    Plaintiffs,<br><br>vs.<br><br>CALIFORNIA CITY, a public entity, CALIFORNIA CITY POLICE DEPARTMENT, an agency of the California City; CHRISTOPHER MORGAN, a public employee; DETECTIVE BISHOP, a public employee; SERGEANT HAYES, a public employee; JESSE HIGHTOWER, a public employee; Does 1-10,<br><br>    Defendants.<br>_____ | No. 1:14-CV-00269-AWI-JLT<br><br>**DEFENDANTS' DECLARATIONS AND OTHER EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY ADJUDICATION;**<br><br>**[FRCP Rule 56]**<br><br>Date     : April 6, 2015<br>Time    : 1:30pm<br>Courtroom : 2 - 8th Floor |

///

**TABLE OF CONTENTS**

| EXHIBIT | DOCUMENT DESCRIPTION |
|---|---|
| 1 | Declaration of Chief Eric Hurtado (1/22/2015) |
| 2 | Amended Expert Report of Joe Callanan (1/28/2015) |
| 3 | Portions of Deposition Transcript of John Bishop (9/9/2014) |
| 4 | Portions of Deposition Transcript of Jesse Hightower (9/9/2014) |
| 5 | Portions of Deposition Transcript of Christopher Morgan (10/13/2014) |
| 6 | Portions of Deposition Transcript of Shannon Hayes (10/13/2014) |
| 7 | Portions of Deposition Transcript of James William Neal, III (12/21/2014) |
| 8 | Portions of Deposition Transcript of Cordelia Yvette Neal (12/21/2014) |
| 9 | James William Neal, III's Responses to Special Interrogatories (Set One) |
| 10 | Police Report and Other Documents Related to 4/5/2013 Incident (Bates Nos. CC426-CC445) |
| 11 | Police Report and Other Documents Related to 9/18/2013 Incident Including Search Warrant and Affidavit (Bates Nos. CC291-CC309) |
| 12 | Plaintiffs' Government Tort Claim for April 5, 2013 Incident dated 9/13/2013 |
| 13 | Plaintiffs' Government Tort Claim for September 18, 2013 Incident dated 10/31/2013 |
| 14 | Portions of Deposition Transcript of Jesse Hightower (as PMK for the City of California City; 1/22/2015) |
| 15 | Portions of Deposition Transcript of Michelle Jones (1/22/2015) |
| 16 | Police Reports and Other Documents Related to Prior Possession and Sales of Controlled Substances by James William Neal, III (Bates Nos. CC50-CC61, CC64-CC67, CC69, CC72-90, CC 93) |

DEFENDANTS' DECLARATIONS AND OTHER EVIDENCE IN SUPPORT OF MSJ

| | | |
|---|---|---|
| 1 | DATED: February 27, 2015 | FERGUSON, PRAET & SHERMAN, APC |

/s/ Allen Christiansen
ALLEN CHRISTIANSEN
PETER J. FERGUSON
Attorneys for Defendants

DEFENDANTS' DECLARATIONS AND OTHER EVIDENCE IN SUPPORT OF MSJ