Neal v. California City, et al.
Case No. 1:14-cv-00269-AWI-JLT
Evidence in Support of Rule 56 Motion
Exhibit "11"



## CALIFORNIA CITY POLICE DEPARTMENT
### CAD INCIDENT REPORT
### 130918048

Page 1
07/25/2014

| Location | Cross Streets | City |
|---|---|---|
| 21130 HACIENDA BL | CALIFORNIA CITY BL/CO | CALIFORNIA CITY |

| Incident Type | Call Taker | Dispatcher |
|---|---|---|
| INFO - INFORMATION | LANGSTAFF, SALEMA | LANGSTAFF, SALEMA |

| Date | Priority | Primary Unit | Beat | Fire Zone | Area | Map | Source |
|---|---|---|---|---|---|---|---|
| 09/18/2013 | 3 | S10 | A | | 4 | | TELEPHONE CALL |

| Caller Name | Caller Address | Caller Phone |
|---|---|---|

| Dispositions | Weapon | Alm Level | Case Number |
|---|---|---|---|
| Closed otherwise | | | CR13-1966 |

| Vehicles | Associated Incidents |
|---|---|

**Incident Times**
Received 18:22:32
Created 18:22:47
Dispatched 18:22:52
En Route
On Scene 18:22:55
Closed 18:25:26
Rcvd-Closed 02:54

Special Circumstances

Persons

| Unit Times | Officer | Dispatched | Enroute | On Scene | Clear | Disp-On Scene | On Scene-Clear | Disp-Clear |
|---|---|---|---|---|---|---|---|---|
| S10 | Hightower, Jesse Sgt. | 18:22:52 | | 18:22:55 | 18:25:26 | 00:03 | 02:31 | 02:34 |

**Incident Comments**

| TIME | # | EVENT | BY |
|---|---|---|---|
| 18:22:47 | 1 | Incident initiated at 21130 Hacienda Bl, California City | S. Langstaff |
| 18:22:52 | 2 | S10 DISP. 21130 Hacienda Bl, California City | S. Langstaff |
| 18:22:55 | 3 | S10 10-97. | S. Langstaff |
| 18:23:00 | 4 | S10 Case number CR13-1966 assigned to 130918048 | S. Langstaff |
| 18:24:52 | 5 6 | S10 Criminal History: QHY.CA0151100.06728070.53040:Case CR13-1966,INVESTIGA 09/26/1960 | S. Langstaff |
| 18:24:52 | 7 8 | S10 Criminal History: QHY.CA0151100.06728070.53040:Case CR13-1966,INVESTIGA 09/26/1960 | S. Langstaff |
| 18:25:26 | 9 | S10 10-98. Disposition CO | S. Langstaff |
| 18:25:27 | 10 | S10 Closed - Disposition CO | S. Langstaff |

**CONTROLLED DOCUMENT - DO NOT REPRODUCE - CONTROLLED DOCUMENT**

# CALIFORNIA CITY POLICE DEPARTMENT

21130 HACIENDA BLVD    CALIFORNIA CITY, CA 93505    760 373 8606

## INFORMATION REPORT

Page 1
CR13-1966
Printed by 53045

| Offenses | Description | Fel/Misd | Date Occurred | Time Occurred | Date Printed |
|---|---|---|---|---|---|
| 11351.5 HS | Poss/Pur Coke Base F/Sale | Felony | 09/18/2013 | 1822 | 07/25/2014 |
| | | | Date Reported 09/18/2013 | Time Reported 1822 | Time Printed 14:25:40 |
| | | | Related Cases | | Incident # 130918048 |

| Location | Beat | Area | Disposition | Dispo Date |
|---|---|---|---|---|
| 21130 Hacienda Bl. California City, CA 93505 | A | 4 | Case Closed | |

| Location Type | Location of Entry | Method of Entry | Point of Entry | Alarm System | Means of Attack (Robbery) |
|---|---|---|---|---|---|
| House | | | | | |

| Reporting Party / Victim | Drivers License | Cell Phone | Email | | |
|---|---|---|---|---|---|
| Residence Address | Notified of Victim Rights | Residence Phone | DOB | Age | Sex | Race |
| Business Name and Address | | Business Phone | Height | Wt | Hair | Eyes |
| Assistance Rendered/Victim Disposition | | Transporting Agency | Means of Attack (Assaults) | | |
| Description of Injuries | | Other Information | | | |

| Name | Drivers License | Cell Phone | Email | | |
|---|---|---|---|---|---|
| Residence Address | | Residence Phone | DOB | Age | Sex | Race |
| Business Name and Address | | Business Phone | Height | Wt | Hair | Eyes |

| Suspect: Neal, James Williams III | | Action Taken | Charges | | | |
|---|---|---|---|---|---|---|
| Residence Address: 21124 79TH St, California City, CA 93505 | | Cell Phone: 760 460 3283 | DOB: 09/26/1960 | Age: 52 | Sex: M | Race: B |
| Business Name and Address: 8728 Elm, Los Angeles, 213-585-2755 | | Business Phone: 310 945-3892 | Height: 5'11" | Wt: 210 | Hair: BLK | Eyes: BRO |
| Identifying Features | | Residence Phone: 760 373-1245 | Drivers License: N7702448 CA | Arrest Number | | |

| Status | Vehicle Make and Model | License/State | Vehicle Type |
|---|---|---|---|
| | | | |

| No. | Status/Disposition | Property Description | Value | Val Recovered | Val Damaged |
|---|---|---|---|---|---|
| | | (Property listed on separate page) | | | |

**Solvability Factors**

| Prepared By | Date | Assisted By | Approved By | Date |
|---|---|---|---|---|
| 53025 - Hightower, Jesse Sgt. | 09/18/2013 | | 53025 - Hightower, Jesse Sgt. | 11/18/2013 |

| Routed To | Date | Routed To | Date | Notes |
|---|---|---|---|---|
| DEPT FILE | 11/18/2013 | | | |
| DEPT FILE | 02/13/2014 | | | |
| LAW OFFICES OF GARRO | 07/25/2014 | | | |

CC 292

**CONTROLLED DOCUMENT - DO NOT REPRODUCE - CONTROLLED DOCUMENT**

## CALIFORNIA CITY POLICE DEPARTMENT
21130 HACIENDA BLVD  CALIFORNIA CITY, CA 93505  760 373 8606
### INFORMATION REPORT - PROPERTY

Page 2
CR13-1966

| ID No. | Status/Disposition | Property Description | Value | Val Recovered | Val Damaged |
|---|---|---|---|---|---|
| 1 | Evidence | 1 - ROCK COCAINE WRAPPED IN NEWSPAPER | | | |
| 2 | Evidence | 1 - AFFIDAVIT, SEARCH WARRANT, RECEIPT, RETURN | | | |
| 3 | Evidence | 1 - DOMINION AND CONTROL | | | |

CC 293



| CALIFORNIA CITY POLICE DEPARTMENT | Page 3 |
|---|---|
| 21130 HACIENDA BLVD  CALIFORNIA CITY, CA 93505  760 373 8606  NARRATIVE | CR13-1966 |

In September of 2013, a controlled buy of rock cocaine was done at the residence of James NEAL who resides at 21124 79th St. The cocaine was purchased by a confidential informant, and after the purchase, the substance was tested using a NIK kit and it was presumptive positive for cocaine. At the direction of Lt. HUIZAR, a search warrant was sought and granted.

An entry team was formed and the warrant was served. During the course of the warrant, no contraband was located in or around the residence.

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 53025   HIGHTOWER, JESSE SGT. | 10/07/2013 | 53025   HIGHTOWER, JESSE SGT. | 11/18/2013 |



| CALIFORNIA CITY POLICE DEPARTMENT | Page 4 |
|---|---|
| 21130 HACIENDA BLVD   CALIFORNIA CITY, CA 93505   760 373 8606<br>SUPPLEMENT 1 | CR13-1966 |

At the completion of this warrant service, I was approached by James NEAL at the front of his residence. NEAL stated there was damage done to his property and his belongings were thrown about the residence. I retrieved my department issued digital camera and returned to the residence and asked NEAL to show me all of the property that was damaged and the mess that was made. At the completion of photographing the items that NEAL pointed out to me, I gave him my department business card and explained to him that he may go to City Hall and file a claim with the City for any damages that he felt were as a result of the warrant service.

I later uploaded the photographs that were taken and attached them to this report.

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 53022   HAYES, SHANNON SGT | 02/06/2014 | 53022   HAYES, SHANNON SGT | 02/13/2014 |

| | CALIFORNIA CITY POLICE DEPARTMENT | Page 1 |
|---|---|---|
| | 21130 HACIENDA BLVD   CALIFORNIA CITY, CA 93505   760 373 8606 | |
| | IMAGE GALLERY FOR CASE CR13-1966 | 07/25/2014 |



1



2



3



4



5



6



7



8



9



## CALIFORNIA CITY POLICE DEPARTMENT

21130 HACIENDA BLVD  CALIFORNIA CITY, CA 93505  760 373 8606
**IMAGE GALLERY FOR CASE CR13-1966**

Page 2
07/25/2014


10


11


12


13


14


15


16


17


18

CONTROLLED DOCUMENT - DO NOT REPRODUCE - CONTROLLED DOCUMENT

LAW OFFICES OF GARROTTO & GARROTTO
1925 CENTURY PARK EAST SUITE 2000
LOS ANGELES, CA 90067


$ 000.46

Mr. James William Neal III
21124 79th St.
California City, CA 93505

9350518ii24

CC 298

CONTROLLED DOCUMENT - DO NOT REPRODUCE - CONTROLLED DOCUMENT

IN THE MOJAVE BRANCH OF THE SUPERIOR COURT

EAST DIVISION

STATE OF CALIFORNIA, COUNTY OF KERN, ATTACHED and INCORPORATED

## AFFIDAVIT

Your Affiant, Sergeant Jesse Hightower (#53025) has worked for the California City Police Department for the past eleven and a half years and has acted and received the information set forth in this affidavit in that capacity. Your affiant has worked in the areas of uniformed patrol, Special Enforcement Team (S.E.T.), Desert Incident Response Team (D.I.R.T.), K-9 Unit, Field Training Officer, and is currently assigned to the Detective Bureau as a Detective Sergeant. I am a current member of the California Narcotic Officers Association (CNOA) and have attended their training regarding drug abuse recognition and search warrant preparation. I have received over 800 hours of basic law enforcement training with the Riverside County Sheriff Department at the Ben Clark Training Center, which included conducting criminal investigations. Your affiant has also received well in excess of 1000 hours of training in the areas related to criminal investigation, recognition, collection, and preservation of physical evidence. Your affiant has also interviewed hundreds of victims, witnesses, and suspects involved in criminal activity. During my capacity as a law enforcement officer, I have conducted numerous investigations including criminal assaults, illegal sales of narcotics, narcotics possession, child pornography, child molest, grand thefts, shootings, suspicious deaths, suicides and homicides.

I, Sergeant Jesse Hightower, being duly sworn, depose and state:

That within the past thirty days, two citizen informants (CI's) told me that James Williams NEAL III A.K.A. "CLEAN" was selling narcotics from his residence at 21124 79th St,

CC 299

CONTROLLED DOCUMENT - DO NOT REPRODUCE - CONTROLLED DOCUMENT

California City, County of Kern. That one of these CI's has personally seen rock cocaine packaged for sales in the possession of and in the residence of James Williams NEAL III. That these two (2) CI's are assisting in this investigation solely out of a desire to help the community deal with its serious narcotics abuse problems. No other compensation, inducements or promises have been given to these CI's.

That in September 2013, the CCPD Narcotics Unit initiated an undercover buy program targeting narcotic dealers in California City, using a previously tested confidential reliable informant (CRI). That this program was under my direct management and supervision.

That I discussed with the CRI 13-01 the usage and effects, appearance and packaging, and prices of controlled substances, specifically rock cocaine, and found the informant to be knowledgeable in this area.

That the protocol for the Narcotics Unit and the S.E.T. Team while conducting a controlled purchase (buy) of narcotics, is the evaluation of the CRI of being under the influence of narcotics both before and after the controlled buy, the searching of CRI for contraband or police funds both before and after the controlled buy, maintaining constant surveillance of the CRI before, during, and after the controlled buy, and maintaining immediate control of the narcotics following the controlled buy.

That CRI 13-01 told me that James Williams NEAL III, A.K.A. "CLEAN" was selling rock cocaine from his residence at 21124 79th St, in California City. A DMV records check shows this to be NEAL'S current address.

That CRI 13-01 made a complete and controlled buy of rock cocaine from a subject known to CRI 13-01 as James NEAL, A.K.A. "CLEAN", under my supervision and control, during this investigation. This buy took place inside 21124 79th St, California City, CA. I tested

CC 300

CONTROLLED DOCUMENT - DO NOT REPRODUCE - CONTROLLED DOCUMENT

the purchase of rock cocaine using a NIK Kit and the purchase tested presumptive positive for cocaine. It was my opinion that this purchase was a usable quantity.

Your affiant requests that the identity of all informants remain confidential in that disclosure would jeopardize the life and safety of the informants and would destroy the informant's usefulness to law enforcement officers in detecting illegal activity.

Your affiant requests this search warrant to be endorsed for nighttime service, based on experience that sellers of illegal narcotics will arm themselves for protection from thieves and other narcotic dealers. Further, your affiant also knows that sellers of illegal narcotics have surveillance systems in place to detect the presence of law enforcement officers. It is your affiant's opinion that a night service of this warrant is necessary to provide adequate safety, cover and security for the members of this agency during the service of this warrant as the residence to be searched is open to the public view and would allow suspect(s) to arm themselves and to destroy or dispose of the evidence that we are seeking under this warrant.

It is your affiant's opinion, based on training and experience, that persons involved in narcotic activity of the type reported in this affidavit almost always keep records of their narcotic transactions. These records consist of buyer lists, seller lists, "pay-owe" sheets and address and telephone records. These records are kept by narcotic dealers whether or not the dealer is in possession of narcotics at any given moment. It is also your affiant's experience that records and paraphernalia such as weighing devices, cutting agents, diluents and adulterants, and containers are permanently possessed by narcotic dealers in much the same way a business will maintain records and tools of its trade whether or not the business has a particular item in inventory on a given day. It is further your affiant's opinion that the seizure of these items will provide evidence of the events reported in this affidavit and that the items have and will be used in the commission

of felony narcotic transactions. Therefore, your affiant believes these records and paraphernalia can be found in the location to be searched despite any lapse of time between the events described and the anticipated search by this warrant.

Based on the above facts, your affiant has reasonable cause to believe, and does believe, that evidence of the commissions of felonies, to wit: that **James Williams NEAL III, D.O.B. 09/26/1960**, is currently in **POSSESSION OF COCAINE**, a controlled substance listed under **Section 11054** of the Health and Safety Code, along with those items enumerated previously in this affidavit tending to establish the existence of narcotic trafficking activity, will be located on the premises, persons and in any and all yard areas, garages, carports, outbuildings, storage areas, sheds and trash containers assigned to said premises, described above, as well as the above-described vehicle(s). It has been my past training and experience that narcotic dealers conceal evidence of sales in those locations to avoid discovery by law enforcement.

Your affiant wishes to view, record and run an automated record check on any and all items bearing serial numbers inside the above described premises during the execution of this search warrant because your affiant knows, based on his previously described training and expertise, that narcotics dealers commonly exchange narcotics for items of stolen property. Your affiant knows that the items exchanged usually include, but are not limited to guns, microwave ovens and other small appliances, power tools, stereos and their components, television sets and digital video devices (DVD).

Based on your affiant's training and experience, and from speaking with other officers who have more experience than your affiant, your affiant knows that narcotics traffickers often use their residence telephones to facilitate their narcotics trafficking. Based on your affiant's training and experience and from speaking with other officers your affiant knows that while

CONTROLLED DOCUMENT - DO NOT REPRODUCE - CONTROLLED DOCUMENT

participating in the service of search warrants, officers have answered telephones and that many of the incoming phone calls have involved discussions of drug transactions or potential drug transactions. This is especially true when the callers are unaware of the fact that the person answering the telephone is a police officer. Your affiant also believes that these calls constitute evidence that the persons residing at the premises to be searched are involved in narcotics trafficking activity. Therefore, your affiant requests that this search warrant authorize the answering and recording of any and all incoming telephone calls at **21124 79th ST, California City, County of Kern, California,** as your affiant believes that many of these calls will be potential customers attempting to place orders for narcotics, including **rock cocaine.**

That based upon the aforementioned information, facts and circumstances, your affiant has reasonable cause to believe that grounds for the issuance of a search warrant, as set forth in Section 1524 of the Penal Code exist.

That based upon the above facts, your affiant prays that a search warrant be issued for the seizure of said property, or any part thereof, in the daytime or at any time of the day or night, good cause being shown therefore, and that the same be brought before this magistrate, or to any other court in which the offense in respect to which the property or things taken is triable, or retained subject to the order of this court pursuant to Section 1536 of the Penal Code.

_[signature]_

Subscribed and sworn to before me

CC 303

this \_\_17th\_\_ day of \_\_SEPTEMBER\_\_, 20 13

\_\_\_CWoodward\_\_\_

Judge of the Mojave Branch of the Superior Court,

East Division, County of Kern, State of California

CONTROLLED DOCUMENT - DO NOT REPRODUCE - CONTROLLED DOCUMENT

M2480

1  IN THE MOJAVE BRANCH OF THE SUPERIOR COURT
2  EAST DIVISION, COUNTY OF KERN, STATE OF CALIFORNIA
3
4  *SEARCH WARRANT*
5
6  COUNTY OF KERN:
7  To the People of the State of California to any Peace Officer in the County of Kern:
8  Proof by oral or written affidavit having been made before me by:
9  **Sergeant Jesse Hightower**, that there is probable cause to believe that said property constitutes:
10  _____(1) Property which was stolen or embezzled.
11  __X__(2) Property or things used as the means of committing a felony.
12  __X__(3) Property or things which are in the possession of a person with the intent to use it as a
13  means of committing a public offense, or in the possession of another to whom he or she
14  may have delivered it for the purpose of concealing it or preventing its being discovered.
15  __X__(4) Property or things constituting evidence which tends to show that a felony has been
16  committed, or tends to show that a particular person has committed a felony.
17  _____(5) Property or things which tend to show that sexual exploitation of a child in violation
18  of Penal Code Section 311.3, has occurred or is occurring.
19  _____(6) Person subject to arrest by warrant.
20
21  **You are, therefore, commanded to make a search in the daytime or/at any time of the day**
22  **or night, good cause having been shown, of the premises located at and described as:**

1

CC 305

1 21124 79th St, City of California City, County of Kern, a single family dwelling, with a gray
2 colored roof, white trim, pink colored exterior walls, and the gold numbers of "21124" vertical
3 on the front of the residence facing west;
4
5 AND the following vehicle(s):
6 N/A
7
8 AND on the person(s) of:
9 James Williams NEAL III, A.K.A. "CLEAN", a black male, Date of Birth 09/26/1960 JH, 5'11"
10 height, 210 pounds weight, black hair, brown eyes, and California Identification No. N7702448;
11
12 **AND any and all yards, garages, carports, outbuildings, storage areas, and sheds and trash**
13 **containers assigned to the above-described premises;**
14
15 FOR the following personal property, to wit:
16 Cocaine/rock cocaine; Scales (other than bathroom scales) and other devices suitable for
17 weighing small quantities of cocaine/rock cocaine in gram or fractional ounce gradations;
18 cocaine/rock cocaine packaging, cutting and preparation materials including, but not limited to,
19 plastic sandwich baggies, coin wrappers, plastic baby bottle baggies, measuring spoons, razor
20 blades, playing cards, sifters, funnels, milk sugar, powdered sugar, baking soda, baking powder,
21 and newspapers, cocaine/rock cocaine paraphernalia including, but not limited to, hypodermic
22 needles, syringes, eye droppers, burnt spoons, razor blades, pocket mirrors, cotton balls, and
23 tourniquets; Articles of personal property tending to document sales of cocaine/rock cocaine,

CONTROLLED DOCUMENT - DO NOT REPRODUCE - CONTROLLED DOCUMENT

1 including, but not limited to, U.S. currency, buyers' lists, sellers' lists, papers bearing notations
2 of gram or ounce quantities with dates and or amounts of money; Items of personal property
3 tending to establish the identity of persons in control of the premises hereinabove described
4 where controlled substances may be found including, but not limited to, utility company receipts,
5 rent receipts, canceled mail envelopes, photographs, keys, rental agreements and personal
6 identification papers; view and record items bearing serial numbers;
7     And if you find the same or any part thereof, to bring it forthwith before me at the
8 Mojave Branch of the Superior Court, East Division, County of Kern, State of California, or to
9 any other court in which the offense to which the property, thing(s), or person(s) taken is triable,
10 or retain such property in your custody, subject to the order of this court pursuant to Section
11 1536 of the Penal Code.
12     Given under my hand and dated this __17th__ day of September ,2013,
13 time __8:45 a.m.__ .

15 Night Service Approved    YES[✓] NO[]
16 Hobbs Sealing Approved    YES[✓] NO[]

                _C. Woodward_
19     Judge in the Mojave Branch of the Superior Court,
20     East Division, County of Kern, State of California

22 Date and time of execution:
23 _____

3

CC 307

CONTROLLED DOCUMENT - DO NOT REPRODUCE - CONTROLLED DOCUMENT

THE SUPERIOR COURT

COUNTY OF KERN, STATE OF CALIFORNIA

RETURN TO SEARCH WARRANT

The following personal property was taken from 21124 79th St, California City, CA:

***SEE ATTACHED SEARCH WARRANT RECEIPT (page 1)***

By virtue of a search warrant dated the 17th day of September, 2013 and executed by Judge Cory Woodward of the Superior Court, East Division, County of Kern, State of California.

I, Sergeant Jesse Hightower, by whom this warrant was executed, do swear that the above inventory contains a true and detailed account of all the property/ person(s) taken by me under the warrant. All of the property taken by virtue of said warrant will be retained in my custody subject to the order of this court or any other court in which the offense in respect to which the property or things taken, is triable.

Subscribed and sworn to before me _J Hightower_

Sergeant Jesse Hightower

This _25th_ day of September, 2013

_CWoodward_

Judge of the Superior Court,

County of Kern, State of California.

CC 308

CONTROLLED DOCUMENT - DO NOT REPRODUCE - CONTROLLED DOCUMENT

# CALIFORNIA CITY POLICE DEPARTMENT
## SEARCH WARRANT RECEIPT

CASE NO. CR13-1966

DATE: 9-19-13　TIME: 0607　ADDRESS: 21124 79th St

| ITEM NO. | DESCRIPTION | LOCATION WHERE FOUND | OFFICER |
|---|---|---|---|
| 1 | MAIL | COFFEE TABLE LIVING ROOM | 53025 |

OFFICER'S SIGNATURE: [signature]　BADGE #: 53025

COPIES: White-Dept., Yellow-Court, Pink-Suspect

CC 309