**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES WILLIAM NEAL III and CORDELIA NEAL,<br><br>      Plaintiffs,<br>v.<br><br>CHRISTOPHER MORGAN, a public employee; DETECTIVE BISHOP, a public employee; SERGEANT HAYES, a public employee; and JESSE HIGHTOWER, a public employee,<br><br>      Defendants. | 1:14-cv-00269-AWI-JLT<br><br>**ORDER DISMISSING DEFENDANTS CALIFORNIA CITY AND DOES 1-10** |

On July 22, 2015, this Court held a status conference with counsel for both parties. During that status conference, Defense counsel orally moved for an order dismissing California City and Does 1-10 from this action. Plaintiff's counsel expressed his opinion that after the Court's order on summary judgment no claims remain against California City. This Court agrees. Accordingly, Defendant California City is DISMISSED from this action. Plaintiff then orally moved to dismiss Does 1-10 from this action. That motion is granted and Does 1-10 are DISMISSED from this action. This action proceeds against the four remaining named defendants.

IT IS SO ORDERED.

Dated:  July 22, 2015

SENIOR  DISTRICT  JUDGE

1