1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES WILLIAM NEAL III and          Case No.  1:14-CV-00269-AWI-JLT
     CORDELIA NEAL,
12                                        **ORDER GRANTING JOINT**
                Plaintiffs,               **STIPULATION TO CONTINUE TRIAL**
13                                        **DATE AND PRETRIAL CONFERENCE**
                                          **DATE**
        vs.
14
     CHRISTOPHER MORGAN, a
15   public employee; DETECTIVE           Pretrial Conf.    : Aug. 12, 2015
     BISHOP, a public employee;           Jury Trial        : Sep. 29, 2015
16   SERGEANT HAYES, a public
     employee; JESSE HIGHTOWER, a
17   public employee,

18              Defendants.

19

20

21        After consideration of the parties' joint stipulation to continue the trial date

22
     and pretrial conference date and with GOOD CAUSE SHOWING, the court
23

24   GRANTS the stipulation of the parties.

25
     **IT IS HEREBY ORDERED:**
26
          1.  That the pretrial conference date presently set for August 12, 2015 is
27

28   hereby continued to **August 19, 2015** at **1:30 p.m.**

                                          1

2.  That the trial date presently set for September 29, 2015 is hereby

continued to **October 14, 2015**.

IT IS SO ORDERED.

Dated:   July 24, 2015

_____
SENIOR  DISTRICT  JUDGE