**FERGUSON, PRAET & SHERMAN, APC**
ALLEN CHRISTIANSEN SBN 263651
achristiansen@law4cops.com
1631 E. 18th Street
Santa Ana, California 92705
(714) 953-5300   • Fax (714) 953-1143

Attorneys for Defendants
CHRISTOPHER MORGAN, DETECTIVE BISHOP,
SERGEANT HAYES, and JESSE HIGHTOWER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES WILLIAM NEAL III and CORDELIA NEAL,

    Plaintiffs,

vs.

CHRISTOPHER MORGAN, a public employee; DETECTIVE BISHOP, a public employee; SERGEANT HAYES, a public employee; JESSE HIGHTOWER, a public employee,

    Defendants.

No.   1:14-CV-00269-AWI-JLT

**STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE DATE**

Pretrial Conf.   : Aug. 19, 2015
Jury Trial        : Oct. 14, 2015

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:**

    On July 23, 2015 the parties stipulated to continue the trial and pretrial conference dates and the Court signed the parties' proposed order in that regard. However, through a clerical error, the date in the parties' stipulation (August 20, 2015) was not the same as the date in the parties' proposed order (August 19, 2015) which was signed by the Court.

1

1 The parties have already confirmed that August 20, 2015 is available to both parties and to this Court in drafting their prior stipulation and, as such, GOOD CAUSE EXISTS to correct this clerical error and continue the pretrial date.

The parties have therefore stipulated to continuance of the pretrial conference date to **August 20, 2015** at **1:30 p.m.** and respectfully request that this Court order such a continuance of that date.  GOOD CAUSE EXISTS for this Court to make such an order.

DATED: July 27, 2015                    FERGUSON, PRAET & SHERMAN, APC

 /s/ Allen Christiansen
Allen Christiansen
Attorneys for Defendants Christopher Morgan, Detective Bishop, Sergeant Hayes and Jesse Hightower

DATED: July 27, 2015                    LAW OFFICES OF GARROTTO & GARROTTO

 /s/ Greg Garrotto
Greg Garrotto
Attorneys for Plaintiffs

**ORDER**

The pretrial conference date presently set for August 19, 2015 is hereby continued to **August 20, 2015** at **1:30 p.m.**

IT IS SO ORDERED.

Dated:   July 27, 2015                   _____
                                          SENIOR   DISTRICT   JUDGE

2