# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | CALIFORNIA |

JAMES WILLIAM NEAL

V.

CALIFORNIA CITY, ET. AL.

## EXHIBIT AND WITNESS LIST

Case Number: 1:14-CV-00269 CJC JLT

| PRESIDING JUDGE<br>Cormac J. Carney | PLAINTIFF'S ATTORNEY<br>Greg Garrotto | DEFENDANT'S ATTORNEY<br>Allen Christiansen |
|---|---|---|
| TRIAL DATE (S)<br>10/21/2015 - 10/23/2015 | COURT REPORTER<br>Tanya | COURTROOM DEPUTY<br>Wendy Kusamura |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 10/21/2015 |  |  |  |
| X |  |  |  |  | Jessie Hightower - Sworn & testified |
| 105. |  |  | X |  | 105.1 - 105.15 |
|  | 2.11 |  |  | X | Photo of washing machine |
|  | 2.24 |  |  | X | Photo of washing machine |
|  | 2.25 |  |  | X | Photo of washing machine |
|  | 2.26 |  |  | X | Photo of washing machine |
| X |  |  |  |  | Cordelia Neal - Sworn & testified |
| 1.01 |  |  |  | X | List of items that were missing or damaged |
| 1.02 |  |  |  | X | List of items that were missing or damaged |
| 1.03 |  |  |  | X | List of items that were missing or damaged |
| 2.01 |  |  |  | X | 2.01 - 2.51 - Photos of inside the house after the search |
| X |  |  |  |  | James William Neal III - Sworn & testified |
| X |  |  |  |  | Sgt. Shannon Hayes - Sworn & testified |
| X |  |  |  | X | 105.1 - 105.17 |
| X |  |  |  |  | Christopher Morgan - Sworn & testified |
| X |  |  |  |  | John Bishop - Sworn & testified |
|  |  | 10/22/2015 |  |  |  |
|  | X |  |  |  | Joe Callanan - Sworn & testified |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   2   Pages