UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILLIAM NEAL III and CORDELIA NEAL,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER MORGAN, a public employee; DETECTIVE BISHOP, a public employee; SERGEANT HAYES, a public employee; JESSE HIGHTOWER, a public employee,<br><br>　　　　Defendants. | No.  1:14-CV-00269-CJC-JLT<br><br>[Honorable Cormac J. Carney]<br><br>**JUDGMENT ON JURY VERDICT** |

**TO: CLERK OF THE COURT:**

　　The above matter having come before the Court for a trial by jury on October 21, 2015, and the jury having rendered its unanimous verdict in favor of the Defendants on October 23, 2015,

　　IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Christopher Morgan, John Bishop, Shannon Hayes and Jesse Hightower and against Plaintiffs James William Neal III and Cordelia Neal.

1

Plaintiffs shall take nothing by their Complaint and City of California City shall recover costs of suit in favor of Defendants and against Plaintiffs James William Neal III and Cordelia Neal.

DATED: November 5, 2015

Hon. Cormac J. Carney
United States District Court Judge